## Henry J. Thomssen, Defendant in Error, v. Herman T. Meinersmann, Plaintiff in Error.

### Gen. No. 22,609.     (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN A. MAHONEY, Judge, presiding. Heard in this court at the March term, 1917. Reversed with judgment of *nil capiat* and for costs. Opinion filed July 2, 1917.

### Statement of the Case.

Action by Henry J. Thomssen, plaintiff, against Herman T. Meinersmann, defendant, to recover rent and attorney's fees. To reverse a judgment for $100 for plaintiff, defendant prosecutes this writ of error.

PAUL A. F. WARNHOLTZ, for plaintiff in error; CHARLES A. FITCH, of counsel.

No appearance for defendant in error.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. LANDLORD AND TENANT, § 68*—*when evidence shows failure to comply with covenant to furnish heat.* Where the evidence shows that the temperature of a flat used as a dwelling, for which, under the lease, the landlord covenants to furnish heat, was as low as 46° Fahrenheit and that as a result the lessee's wife and child became sick and the flat was rendered uninhabitable, is sufficient to show a failure to comply with the covenant.

2. LANDLORD AND TENANT, § 262*—*what constitutes constructive eviction.* The failure of a landlord to furnish heat in accordance with the provisions of the lease constitutes a constructive eviction which justifies the tenant in moving from the premises and releases him from the payment of the rent thereafter accruing.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.